# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00709-CV

**David Jacobsohn, Appellant**

**v.**

**402 Lone Star Property, LLC, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**NO. C-1-CV-13-008926, HONORABLE DAVID PHILLIPS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The trial court signed its judgment on October 14, 2013, and on October 24, 2013, appellant filed his notice of appeal and posted a bond in the trial court. On February 19, 2014, we sent appellant notice that the trial court clerk's office had informed us that appellant had not paid for the record or made arrangements for payment. We asked appellant to make payment arrangements and provide a status report no later than March 3, cautioning him that a failure to do so could result in the dismissal of his appeal. On March 14, we received notification from the trial court clerk that appellant had not paid for the record, and to date, the record has not been filed and appellant has not contacted this Court in any way. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed: May 2, 2014